**Form 225**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Judith L. Finney**
 Debtor(s)

Bankruptcy Case No.: 08−25068−JAD
Related To Docket No. 40
Chapter: 13
Docket No.: 43

## ORDER

    **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE.**

    Each *Income Attachment* issued in the case is now **TERMINATED.**

    Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

    Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order*.

    Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.


Dated: September 23, 2009

                                                  Jeffery A. Deller
                                                  United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest